**Electronically Filed
Supreme Court
SCWC-19-0000749
24-SEP-2021
09:52 AM
Dkt. 3 ODAC**

SCWC-19-0000749

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

THEODORE BAUER,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000749; CASE NO. 1DTA-19-00923)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Theodore Bauer's

Application for Writ of Certiorari filed on August 13, 2021, is

hereby rejected.

DATED:  Honolulu, Hawai'i, September 24, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

